UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cardiac Pacemakers, Inc. and Guidant Sales Corp.,        Civil No. 04-4048 (DWF/FLN)

    Plaintiffs,

    v.                                                    **ORDER**

Aspen II Holding Co., LLC.,

    Defendant.

_____

Gerald Nolting, Craig Coleman, for Plaintiff
Larry Field, Tim Ravelli, Douglas Boettge, for Defendant

_____

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 30, 2005, on Defendant's Motion for Leave to Take Additional Depositions [#89].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion [#89] is **GRANTED in part** and **DENIED in part**. Based on the agreement of the parties that the depositions of ECRI and Antelope Valley Hospital & Medical Center will go forward, the Court rules that the following additional depositions may go forward if they are scheduled on or before October 14, 2005:

1.    Elmhurst Memorial Healthcare

2.    MRG Canada Deposition

3.    Carilion Health System

4.    Nancy Hanowski

5.    Kevin Willman

In all other respects Defendant's Motion [#89] is **DENIED**.

DATED: October 12, 2005                    s/ *Franklin L. Noel*
                                           United States Magistrate Judge