# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cardiac Pacemakers, Inc.; and                                  Civil No. 04-4048 (DWF/FLN)
Guidant Sales Corporation,

                        Plaintiffs,


v.
                                                                                      **ORDER**

Aspen II Holding Company, Inc.,
d/b/a/ Aspen Healthcare Metrics, LLC,

                        Defendant,

and

Public Citizen,

                        Intervenor.

---

Craig S. Coleman, Esq., John H. Hinderaker, Esq., Gerard M. Nolting, Esq., and Jonathan W. Dettmann, Esq., Faegre & Benson LLP, counsel for Plaintiffs.

Douglas R. Boettge, Esq., Byron E. Starns, Esq., and Lawrence J. Field, Esq., Leonard Street and Deinard; and Norman K. Beck, Esq., Monika M. Blacha, Esq., Josh Goldberg, Esq., Sheri Klintworth Rudberg, Esq., Timothy J. Rivelli, Esq., Dan K. Webb, Esq., and Kevin Banaski, Esq., Winston & Strawn, counsel for Defendant.

Paul A. Levy, Esq., Public Citizen Litigation Group, and Mark R. Anfinson, Esq., Anfinson Law Office, counsel for Intervenor.

---

    1.    For the reasons set forth in the Court's October 24, 2006 Order, the Court

orders that Exhibits 37 and 38 attached to the Affidavit of Douglas Boettge (Doc. No. 167)

remain sealed.  The Court has reviewed those documents and finds that they include

confidential and proprietary commercial information.

2.      Consistent with the Court's October 24, 2006 Order, the Court orders that
Exhibits 52, 64, 65, and 68 attached to the Affidavit of Craig S. Coleman (Doc. No. 159) be
partially unsealed consistent with the proposed redactions that Guidant submitted to the
Court on November 2, 2006.  The Court has reviewed Guidant's proposed redactions to
these exhibits and finds that the proposed redactions cover only confidential pricing
information.

Dated:  November 9, 2006              s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      Judge of United States District Court