UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cardiac Pacemakers, Inc.; and
Guidant Sales Corporation,

Civil No. 04-4048 (DWF/FLN)

Plaintiffs,

v.

Aspen II Holding Company, Inc.,
d/b/a/ Aspen Healthcare Metrics, LLC,

**ORDER**

Defendant,

and

Public Citizen,

Intervenor.

---

Craig S. Coleman, Esq., John H. Hinderaker, Esq., Gerard M. Nolting, Esq., and Jonathan W. Dettmann, Esq., Faegre & Benson LLP, counsel for Plaintiffs.

Douglas R. Boettge, Esq., Byron E. Starns, Esq., and Lawrence J. Field, Esq., Leonard Street and Deinard; and Norman K. Beck, Esq., Monika M. Blacha, Esq., Josh Goldberg, Esq., Sheri Klintworth Rudberg, Esq., Timothy J. Rivelli, Esq., Dan K. Webb, Esq., and Kevin Banasik, Esq., Winston & Strawn, counsel for Defendant.

Paul A. Levy, Esq., Public Citizen Litigation Group, and Mark R. Anfinson, Esq., Anfinson Law Office, counsel for Intervenor.

---

1.     On October 24, 2006, the Court **GRANTED, IN PART, AND DENIED, IN PART,** Public Citizen's Motion to Unseal Summary Judgment Briefs and Supporting Papers (Doc. No. 420). In that Order, the Court reserved the right to rule on certain documents that contained solely third-party material. The Court directed Guidant,

in conjunction with Aspen, to send a copy of the Court's October 24 Order to those affected third parties within two weeks of the date of that Order, or by November 7, 2006. The Court granted the third parties thirty days from the receipt of the October 24 Order, or by December 5, 2006, to object to the Court unsealing documents that contained their own third-party material.

2. By December 5, 2006, two third parties had contacted the Court regarding the unsealing of certain third-party documents. First, Novation objects to the unsealing of Exhibit 42 to the Affidavit of Gerard Nolting (Doc. No. 183). Novation correctly notes that Exhibit 42 is the same document marked as Exhibit 77 to the Affidavit of Douglas Boettge (Doc. No. 167) and that the Court has already ruled that Exhibit 77 should remain sealed. Thus, the Court declines to unseal Exhibit 42 for the same reasons the Court has declined to unseal Exhibit 77. Conversely, the Court will unseal Exhibit 75 to the Affidavit of Douglas Boettge (Doc. No. 167) and Exhibits 9, 10, 41, and 43 to the Affidavit of Gerard Nolting (Doc. No. 183) because Novation does not object to the Court unsealing those documents.

3. Second, Premier objects to the unsealing of Exhibits 84, 86, 87, and 88 to the Affidavit of Douglas Boettge (Doc. No. 167)[1] and Exhibits 38 and 39 to the Affidavit

---

1   Premier also objects to the unsealing of Exhibit 89 to the Affidavit of Douglas Boettge (Doc. No. 167). The Court, however, denies this request because the Court already ruled in the October 24 Order that Exhibit 89 be unsealed.

of Gerard Nolting (Doc. No. 183).[2] Premier asserts that these documents contain confidential and proprietary business information of Premier and one of its customers. The Court has carefully reviewed each of these documents and agrees that they should remain sealed because they contain confidential and proprietary business information. Conversely, the Court will unseal Exhibits 83 and 85 to the Affidavit of Douglas Boettge (Doc. No. 167); Exhibits 9, 10, 35, 36, 37, and 40 to the Affidavit of Gerard Nolting (Doc. No. 183); and Exhibit 55 to the Affidavit of Douglas Boettge (Doc. No. 189) and to the Corrected Affidavit of Douglas Boettge (Doc. No. 205), because Premier does not object to the Court unsealing these documents.

4.  With the exception of the documents mentioned above, the Court orders that all other third-party documents be immediately unsealed consistent with the chart below because the remaining third parties did not object to unsealing these documents.

5.  The Court directs Guidant, in conjunction with Aspen, to send a copy of this Order to the third parties within two weeks of the date of this Order.


Dated:  December 12, 2006         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  Judge of United States District Court

---

[2]  Premier also objects to the unsealing of Exhibit 34 to the Affidavit of Gerard Nolting (Doc. No. 183) but also notes that the Court has already ruled that this document remain sealed.

## Chart of Third-Party Documents

**Docket No. 159: Affidavit of Craig S. Coleman (filed 11/01/2005)**

| Exhibit Number | Description | Ruling |
| --- | --- | --- |
| 21 | Deposition testimony of John Armstrong (Scripps Hospital), Joel Lankford (St. Patrick Hospital), Mark McDermott (Christiana Care), Gerry Slingsby (St. Patrick Hospital) | Unseal |

**Docket No. 167: Affidavit of Douglas R. Boettge (filed 11/01/2005)**

| Exhibit Number | Description | Ruling |
| --- | --- | --- |
| 17 | Deposition testimony of John Armstrong (Scripps) | Unseal |
| 18 | Deposition testimony of Michael Zdeblick | Unseal |
| 19 | Deposition testimony of Jeff Olson (Silver Cross) | Unseal |
| 20 | Deposition testimony of Mark McDermott (Christiana Care) | Unseal |
| 21 | Deposition testimony of James McManus (St. Joseph) | Unseal |
| 22 | Deposition testimony of Louise White (Eisenhower Medical) | Unseal |
| 23 | Deposition testimony of Michele Tarantino (Christiana) | Unseal |
| 25 | Deposition testimony of Gerry Slingsby (St. Patrick) | Unseal |
| 34 | Deposition testimony of James McManus (St. Joseph) | Unseal |
| 75 | Deposition testimony of Dan Sweeney | Unseal |
| 83 | Deposition testimony of Paula Mowbray | Unseal |
| 84 | Internal Premier correspondence | **Seal** |
| 85 | Premier market research | Unseal |
| 86 | Premier market research | **Seal** |
| 87 | Premier market research | **Seal** |
| 88 | Premier market research | **Seal** |
| 95 | Deposition testimony of Michael Zdeblick | Unseal |

**Docket No. 183: Affidavit of Gerard Nolting (filed 11/28/2005)**

| Exhibit Number | Description | Ruling |
| --- | --- | --- |
| 9 | Excerpts from the depositions of John Armstrong (Scripps Health), Kevin Brown (Centinela Hospital), Paula Mowbray (Premier), Dan Sweeney (Novation), and Michael Zdeblick (Rush System for Health), James McManus (St. Joseph Health System), and Michele Tarantino (Carilion) | Unseal |
| 10 | Deposition testimony of Paula Mowbray and Dan Sweeney | Unseal |
| 19 | Deposition testimony of Michael Zdeblick | Unseal |
| 22 | Deposition testimony of Joel Lankford (St. Patrick Hospital) and Gerry Slingsby (same). | Unseal |
| 27 | Deposition testimony of Tim Wohlgemut (MRG) | Unseal |
| 30 | Deposition testimony of Tim Wohlgemut (MRG) | Unseal |
| 35 | Excerpts from the deposition of Paula Mowbray | Unseal |
| 36 | Excerpts from the deposition of Paula Mowbray | Unseal |
| 37 | Excerpts from the deposition of Paula Mowbray | Unseal |
| 38 | Premier's CardiacFocus Cardiac Rhythm Management Final Report. | **Seal** |
| 39 | Premier's CardiacFocus survey | **Seal** |
| 40 | Deposition testimony of Paula Mowbray | Unseal |
| 41 | Deposition testimony of Dan Sweeney | Unseal |
| 42 | June 1, 2005 letter from Jean Holloway (General Counsel, Guidant Sales Corporation) to Loren Sobel (Senior Legal Counsel, Novation) | **Seal** |
| 43 | Deposition testimony of Dan Sweeney | Unseal |
| 51 | Deposition testimony of Mark McDermott (Christiana Care). | Unseal |
| 52 | Deposition testimony of John Armstrong and Michael Zdeblick | Unseal |
| 54 | Deposition testimony of Louise White (Eisenhower Medical), John Armstrong, Joel Lankford, Mark McDermott, Gerry Slingsby, and Michele Tarantino (Carilion) | Unseal |
| 55 | Deposition testimony of Mark McDermott | Unseal |
| 72 | Deposition testimony of Gerry Slingsby | Unseal |
| 73 | Email chain between Tom Lafferty and St. Patrick Hospital, with attached letter to St. Patrick from L. Foy of Guidant | Unseal |

**Docket No. 189:  Affidavit of Douglas R. Boettge (filed 11/28/2005)**
**Docket No. 205:  Corrected Affidavit of Douglas R. Boettge (filed 1/10/2005)**
     [These affidavits contained the same information]

| Exhibit Number | Description | Ruling |
|---|---|---|
| 7 | Deposition testimony of Michael Zdeblick (Rush) | Unseal |
| 8 | Deposition testimony of Mark McDermott (Christiana Care) | Unseal |
| 9 | Deposition testimony of Michele Tarantino (Carilion) | Unseal |
| 11 | Deposition testimony of John Armstrong (Scripps) | Unseal |
| 13 | Deposition testimony of James McManus (St. Joseph) | Unseal |
| 14 | Deposition testimony of Louise White (Eisenhower Medical) | Unseal |
| 27 | Deposition testimony of Michael Zdeblick (Rush) | Unseal |
| 28 | Deposition testimony of James McManus (St. Joseph) | Unseal |
| 55 | Deposition testimony of Paula Mowbray (Premier) | Unseal |
| 57 | Deposition testimony of Michael Zagger | Unseal |

**Docket No. 193:  Affidavit of Douglas Boettge (response affidavit filed 12/05/2005)**

| Exhibit Number | Description | Ruling |
|---|---|---|
| 1 | Deposition testimony of Joel Lankford (St. Patrick Hospital) | Unseal |
| 3 | Deposition testimony of Anthony Montagnolo | Unseal |
| 7 | Deposition testimony of Joel Lankford (St. Patrick Hospital) | Unseal |
| 15 | Deposition testimony of Mark McDermott | Unseal |